AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE ARVIZU-RON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr389-DMS

I, JOSE ARVIZU-RON, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jose Arvizu Ron

Defendant

Counsel for Defendant

Before

JUDICIAL OFFICER

FILED

FEB 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY